**Motion Granted; Order filed November 10, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00718-CV
_____

## IN THE INTEREST OF B.R.B-G., A CHILD

---

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 15CP0104**

---

## O R D E R

The clerk's record was filed September 19, 2016. On November 8, 2016, appellant filed a motion to supplement the clerk's record stating the record does not contain (1) the motion for new trial--set aside default filed October 10, 2016; (2) response filed November 4, 2016; and (3) order denying motion for new trial filed November 7, 2016. The motion is granted.

The Galveston County District Clerk is directed to file a supplemental clerk's record on or before November 28, 2016, containing contain (1) the motion for new trial--set aside default filed October 10, 2016; (2) response filed November 4, 2016; and (3) order denying motion for new trial filed November 7, 2016.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.

PER CURIAM